## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY MICHAEL FULTON,<br><br>　　　　　　Defendant. | **4:22CR3065**<br><br>**DETENTION ORDER** |

Defendant was afforded an opportunity for a hearing, but is currently being held in state custody on related charges, and agreed to waive the right to a detention hearing. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

IT IS ORDERED:

1)    The above-named defendant shall be detained until further order.

2)    The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

November 28, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge